C. R. GILLILAND, EDWARD P. STRONG, and WALTER R. CLARK, as Sheriff of Broward County, Florida, v. MERCANTILE INVESTMENT & HOLDING COMPANY, a Florida Corporatoin.

20 So. (2nd) 502                                      January Term, 1945
January 16, 1945                                     Special Division A

*T. D. Ellis, Jr.,* for appellants.

*Arthur S. Friedman* and *W. G. Ward,* for appellees.

PER CURIAM:

The decree appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and SEBRING, JJ., concur.

A. C. MARSHALL, v. GENERAL DISCOUNT CORPORATION, a corporation.

20 So. (2nd) 501                                      January Term, 1945
January 16, 1945                                     En Banc

*Baker & Thornal, John D. Baker* and *C. P. Dickinson,* for appellant.

*Charles O. Andrews, Jr.,* and *Troy C. Musselwhite,* for General Discount Corporation, appellee; *W. R. Smith* and *G. B. Fishback,* for Lester H. Reynolds, appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, BUFORD, THOMAS and SEBRING, JJ., concur.